Garcia versus Church of Scientology Flat Service Organization Mr. Burlington Yes, this is mr. Burlington. I represent the Garcia's plaintiffs below and your appellants in this court First I want to address this court's order of July 15th, which raised a jurisdictional question And I think the answer to both questions Is yes This court's PTA case makes it clear that when a district court has jurisdiction at the time It grants a motion to compel it retains Jurisdiction to confirm or vacate the award as to the original parties and in that case there were additional Parties were not parties before the court that participated in the arbitration That did nothing to deprive the court of jurisdiction now PTA did not address the Vaden case But prior to the Vaden case every circuit court which addressed the issue determined diversity jurisdiction for purposes of section 4 petitions Based on the citizenship of the parties before the court and any indispensable parties that were or should have been joined since they circuit courts that have Addressed the issue again have determined that Vaden did not alter that analysis for three reasons one The holding of Vaden expressly limited its ruling to federal question jurisdiction The court did not overrule the Moses H Cone case out of the US Supreme Court which the circuit courts had looked to for some guidance on this issue in the context of diversity jurisdiction And the courts have noted the practical considerations of implementing the Federal Arbitration Act if there are additional parties added during an arbitration and other possibly involved in the lower court, so We believe that the answer to both of this court's inquiries in the order would be yes I would like to move on to the to the merits on on the procedural Unconscionability the trial court specifically found it was an adhesion contract And we never weighed that issue as I explained in the reply brief That in itself is not sufficient to declare procedure unconscionability Although it is a strong indication under Florida law The second aspect is there were no rules or procedures for how the arbitration would be handled There never had been an arbitration in Scientology history none of L Ron Hubbard's writings used the word arbitration the The Committee on Ethics never used the term they never showed a single Scientology document That ever used it defined it or applied it and what happened was the trial court Specifically ruled and this is at the ruling of docket entry 265 page 3 that the International Justice Chief would determine the manner of proceedings during the arbitration and that is a very clear Demonstration not only that there were no rules or procedures in the arbitration agreement But furthermore it reflects the fundamental problem of Getting a valid agreement from my clients as to the arbitration and ensuring some fairness and predictability so under and then so We believe we proved adhesion. Excuse me procedural unconscionability And those two factors should have resulted in that determination as to substantive. It's Undisputed there was a lack of mutuality That was conceded by the defendants in a lengthy colloquy before the court. That's a docket entry 129 pages 41 to 43 and also in the deposition of the International Justice Chief, which was read at the evidentiary hearing Did you counsel did you make the mutuality argument when in your in your pleadings at the trial court? And did the district court make a determination on mutuality such that we would be able to review that finding Yes, we did in the opposition to the joint motion to arbitrate at page 8 footnote 3 We had a discussion of Florida law at the time. We believe California law applied, but we had a lengthy discussion of Florida law and Specifically noted that lack of mutuality in itself is sufficient to constitute substantive unconscionability Additionally at page 14 of that opposition we noted Scientology authorizes civil actions against oppressive persons Additionally, there was a separate bench memo that we filed for purposes of the evidentiary hearing. That's a docket entry 170 at page 5 of that document. We quote the testimony of the International Justice Chief who Acknowledged that Scientology retains the right to sue their members or past members And we argue that in the context of substantive unconscionability Additionally at the evidentiary hearing the issue was raised again. And as I noted earlier there was a Testimony that we put on of the International Justice Chief on that exact point and In the prior hearing the judge knowing that this issue had been raised had a lengthy colloquy with defense counsel Where they conceded that nothing bound Scientology to arbitrate any claims they would arbitrate if the member had a Claim that they wanted to pursue. So it was fully raised in the trial court at each level Recognized by the judge and the judge clearly ruled on the issue That These are the argument that the First Amendment somehow Infects or limits the counsel. I'm sorry. Can you show me where in the district court's order compelling arbitration? That the trial court Judge Whitmore made a finding on on mutuality. Oh There was not a specific finding in the order There was a colloquy in which it was established There was not a specific finding But they they conceded it and they don't dispute it in their briefs before this court They simply say that we never raised it, which is clearly inaccurate Moving on to the First Amendment they've cited no cases that there's any limitation on a district courts ability to determine the arbitrability or the validity of an arbitration agreement it's determined under neutral principles of contract formation and Unconscionability, which is done under contract principles. We've cited the Michelle case Which specifically stated that this determination is based on neutral principles. They've cited no cases to the contrary Beyond that because the primary claims here involved claims of fraud It's significant that this court noted in the church Scientology case that the state has a compelling interest in protecting church members from misrepresentations designed to obtain their money and that specifically applied to Voluntary members and even if the money was used for legitimate purpose, which we don't concede here Of course also the US Supreme Court in Cantwell two minutes remaining Said that nothing implies that persons under the cloak of religion may commit frauds So there was no prohibition from the court applying neutral principles in the context of this case as to the vacature we go into detail in the in the briefs and it is very clear that despite their representations to the trial court the The CBB board rules apply despite them telling the court it would not we were not allowed to present witnesses Even though they told the court we would and we were not allowed to originate all the evidence. We presented despite Representations and I will rely on my brief for the well I think the main concern I have in this case is about whether the You used to been at enough evidence about whether the leave arbitrator was Evidently partial that would have required an evidentiary hearing that seemed to me to be your strongest argument Well, I appreciate that and based on the fact that my clients have been declared suppressive that had obviously severe consequences but it was also the are the three arbitrators themselves and The manner in which it was held where they were What I'm concerned about is what that arbitrator said You know according to your clients affidavit he said I know what's happening here there are a lot of Suppressive persons out there trying to destroy our church One of those who saved you all these lives one of your compadres sent me a bunch of and used an expletive I check it out and it was and used it again. So don't you go tell me I don't know what's going on because I do know you've been sold a bill of goods All of that it seemed to me would have Would have should have prompted the district court to hold an evidentiary hearing and figure out Exactly who's telling the truth about what happened there? I appreciate that and I probably have negative time left So I well Well, we'll hear from mr. Lieberman Thank you, your honor Eric Lieberman Let me begin by addressing the court's question concerning the PTA FLA cases the short answer to the court's questions are no and no Here unlike PTA the arbitration that took place was not the quote resulting arbitration from the court's order compelling Arbitration rather it was an arbitration on Different issues raising different questions and different claims against additional parties Over which the district court already had determined that black jurisdiction The Supreme Court's made plain that subsequent actions by a plaintiff Can destroy jurisdiction in a diversity case, for example, Owen equipment versus Kroger This the non defense the diverse defendants named in the original complaint were dropped the amended complaint Had only diverse defendants the amount controversy exceeded 75,000 What am I missing well, because the arbitration that Actually took place Wasn't that case the arbitration that took place was the complaint against Non-diverse parties which the district court had already found over which it did not have jurisdiction plus the arbitration added an additional party That had nothing to do with the original case. It also was non-diverse from Orange County, California If the plaintiff had Brought those claims Which he originally did before the district court the district court could not have had jurisdiction the resulting arbitration Was not the there was not a resulting arbitration There was a separate arbitration because it wasn't what the district court ordered in PTA the court Condemned the gamesmanship of the plaintiff who upon losing the arbitration attempted to deprive the district court of Jurisdiction to confirm the result of the very arbitration that it ordered here the gamesmanship of the plaintiff exceeds that of that in PTA Three times the plaintiffs have reversed their position and their claims in an attempt to create jurisdiction that does not exist Here unlike PTA the question of supplemental or pendant jurisdiction was not Raised or decided by the district court nor under the circumstances of the case could it have been in fact as the PTA case Court warned Congress was wary of gamesmanship on the part of a plaintiff not defendants The drafters were concerned quote about encouraging Plaintiffs to evade the jurisdictional requirements of the diversity statute by the simple expedient of naming initially only those defendants who's joined or satisfied the jurisdictional requirements and Later adding claims not within the original federal jurisdiction against other defendants That's precisely describes what plaintiffs have attempted here The Garcia's have engaged in blatant gamesmanship to expand the court's jurisdiction The proper question here must proceed from the recognition in numerous cases Including Moses Cohn and Vaughn that the FAA does not expand jurisdiction That rule is what must inform how the court considers and applies PTA PTA did not could not have held the district court that compels arbitration Always retains jurisdiction to confirm or vacate an arbitration award in some Arbitration that is not the arbitration that was contemplated that it ordered only that it retains jurisdiction to read that we review an arbitration Resulting from its order any other result would fly in the face of the core rule that the FAA Does not confer general jurisdiction That is what happened here now, I'll briefly turn to the To the Itself yeah, I'm sorry Starting on that. I have a concern about the whether the rules of arbitration Excuse me, and the form and procedure of arbitration were adequately Set forth in the agreement and I wanted you to address if you could for me the Notion that the district court had which was that The conduct of the religious arbitration will be decided by the IJC at the appropriate time during the arbitration in other words, it sounds like the IJC was making it out says he or she went along and How does that provide any kind of notice of the form and procedure of arbitration particularly when this is the first arbitration? So there's not a prior one to look at Okay the district court reviewed Applicable Florida case law on what the minimal requirements are in terms of the procedures that must be set forth in the arbitration agreement Those requirements are that the Agreement sets forth how the arbitrators selected the numbers of arbitrators and what matters are to be arbitrated in addition the agreement said that the arbitration shall take place in accordance with the procedures of the Scientology justice system and so I think that would be fine if there were procedures of the Scientology justice system, but from the District court findings, it doesn't seem as though there were existing procedures at that time and that that was something that was going to be determined during the course of the arbitration So what could the parties what could the plaintiffs have relied upon in? order to know what the procedures would be and no arbitration had previously been Conducted and since the IJC was going to make them up as he or she went along Well, I Don't think that the court contemplated the IJC was going to make them up as they went along the court pointed out that the plaintiff had studied Extensively Scientology policies and writings on the justice system the court noted that while the rules of the the Committees of evidence don't govern here that nevertheless that the The IJC had testified Extensively that he would use those he would borrow from them as appropriate To follow through on this moreover under Florida law quite simply What the agreement provided is what has been held to be sufficient under Florida law and the district court? Adhere to that very specific. I don't I don't see that. What is the case that you rely on for that proposition? Well, and there were a number of cases in our brief Well, what's your best game I'm sorry, you're on I have to Well, that's okay Yeah, I mr. Lieberman. It seemed to me that the Greenberg case From one of the DCA's Said that as long as the arbitration agreement is Definite enough that the parties have some idea as to what matters for to be arbitrated That's right. And here we know with from the agreement that it's any dispute claim or controversy between these parties and That it provides some procedure by which the arbitration is to be affected Well, we we know how the arbitrators were supposed to be selected and And the agreement provided that the arbitration would be conducted in accordance with Scientology principles Which has the district court found? your Your your adversaries knew and understood. That's right that that's enough, isn't it? Yes That's precisely right Let me ask you a question about that If it's going to be conducted in accordance with Scientology principles and Scientology has no arbitration principles yet because it hasn't established them other than how to select panel How does that tell what the procedure of the arbitration will be? It's Florida law that is what is required that doesn't require a great deal of Detail as to what the procedures of the arbitration will be it requires that you know how the rubber triggers are going to be selected how many arbitrators there will be what the subject matter of the Arbitration will be that is all that's required under Florida law the district court followed that very clearly. I Agree that Florida law requires the form and procedure for arbitration I'm just concerned about where this sets forth what the procedure is I mean the idea is so that the parties can know what the rules are going to be and everybody can Be informed about them. For example, you know if you say that you're going to go by the American Association of arbitration rules that would be a form and procedure of arbitration If you say you're going to go by the Scientology arbitration rule, that would be a form and procedure of arbitration If such rules existed the problem I'm having is that the rules did not exist. Maybe you can address that Well, your honor as I said the I'm sorry, Florida Rick law require that that it be Definite Arbitration principles or would it be enough to for it to be? Scientology principles, that's is that's precisely, right? It has it has principles relating to the procedures and justice proceedings which the plaintiff studied Extensively the plaintiff agreed that this was that he agreed with these Principles at the time he entered into the agreements. He agreed that he would be That it would be That he would submit disputes with the church to a panel of Scientologists in good standing he agreed to that. He said he agreed with it at the time That's all that's required in an arbitration. You know, it's really wired I'm sorry. Let me ask you about this arbitrator the lead arbitrator and What Lewis's affidavit? suggest was his evident partiality Shouldn't the district court have conducted an evidentiary hearing about that I Don't think If you take that affidavit is true Shouldn't he have have had an ARPA a hearing to sort it out Well, your honor I I think that even if it were true it was it indicated in the course of a Dispute in the arbitration that arbitrators are not expected to be Like judges, they're there and it's remaining what I'm sorry two minutes remaining two minutes remaining That The The Record demonstrates clearly that That The Garcia's had every opportunity to submit whatever evidence they wanted they were They did not submit evidence at all on Did not make any argument that any specific evidence and properly was excluded They left the arbitration early without submitting evidence They made no complaint to the arbitrators or the IJC that they were being treated Arbitrarily or unfairly they didn't say why aren't you letting us? Submit this evidence because in fact they were asked to submit whatever evidence they wanted In whatever form They left the decision addressed each of the claims they had made the decision found that they Were not credible that they hadn't made out there their claims they didn't even try to make out their claims quite frankly your honor and Nevertheless the panel awarded them over $18,000 Contrary to the church's position, which I think demonstrates that the arbitrators were not Biased against them merely because of their position against the church in fact Legally, they would be considered the provide prevailing party in this case So the time is expired Thank you Thank You mr. Lieberman mr. Burlington you say five minutes This is Phil Burlington on behalf of plaintiffs the Garcia's engaged in absolutely no gamesmanship when we went into that arbitration We had no idea the boundaries either procedurally or substantively It's well established the arbitral forum is not bound by article three limitations So you make you knew from the agreement that this was? That any dispute that your clients had with the church were to be arbitrated You knew how the arbitrators were to be picked No, we only knew from whom they would be picked Which was it did not say how and ultimately here because of that problem the trial court had to actively pick them Sorry, each beauty was supposed to pick up an arbitrator, right? And then the two would then those two selected would select a third And and the chief was supposed to select any arbitrator that the parties or the other arbitrators failed to designate Isn't that right? I think that's More than was in the agreement. I think it was that there would be three Arbitrators that were psychologists in good standing and We weren't even able to get through that portion. There may have been those other provisions, but it never got that far and There were no No rules on how it would be handled his his description of what happened in that arbitration is absolutely false We presented our evidence 90% of it was eliminated. We complained they didn't care My clients during the arbitration by the arbitrators and They claimed all along that these other parties were indispensable parties and relief could not be granted to the two Diverse defendants and we ran the risk of going to arbitration and have them rule on that basis So we included those parties They were completely free to say that's beyond the scope of the federal powers order and when we went down from the trial Yes, I'm sorry. This is Robert luck. What is the legal standard for evident partiality in terms of the statute allowing a district court to vacate a an arbitration Okay under under section a two and is to be applied Stringently stringently is evident partiality or corruption and the case law is clear that we are Entitled to have the right To choose me to have impartial Arbitrators, we did not give up that right by agreeing to arbitration. So it's a question of basic Impartiality, can I ask you something when when when the contract itself calls for members in good standing and and as your clients know And as we all know now As we've learned that if you're not a member in good standing you're a suppressive person and therefore there's some restrictions on Communication and other things if that's part of the agreement Then are you in essence agreeing to someone who has at least some partiality in favor of the church? Well, it's it They claim that it would be impartial and they told the trial judge It would be impartial and that these people would overlook this Testified right Sorry, that's what the chief testified to right that that was what was required Right that well and that they would be instructed to be impartial and yet they were given the CBB report That accused my clients of high crimes totally unrelated to these claims in addition to other scurrilous materials and one other thing I have to say we never asked the district court to expand its Jurisdiction when we went back to vacate it. We only let me ask that release I'm sorry to interrupt. I want to go again for a moment to the issue of the procedures of the arbitration Opposing counsel relied on Greenbrook But in that case, isn't it true that the parties adopted the Florida arbitrate code as part of their procedures? So there was already a picture Code that everybody could look to you. Yes between that and this situation Yes, it is completely different in the case that should control is the Spicer case a Florida District Court case where an employment situation the arbitration provisions set forth the arbitrators and said the Procedures would simply be done under the tenant fair treatment process, which was the company at issue They claimed they had some process there was none. It was declared Substantively, excuse me procedurally unconscionable that case should control his reliance on Greenbrook It doesn't help him and there's no case that helps him It's only fair that people know the manner in which an arbitration is going to be held It is not intended to be simply a free-for-all It is intended to be a valid substitute for their civil claim and no case under the FAA has ever said That the party who holds the arbitration has free reign in entire Proceedings and how they treat those people and I'm sure I'm way over my time now. So your time is expired You were not way over your time. You ended right on time. Oh Mr. Burlington, good job Thank you. We have your case and we'll be in recess until tomorrow morning. Thank you